JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARCELIA FAST, AS TRUSTEE OF THE ARCELIA FAST FAMILY TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:22-cv-03177 RGK (MAAx)<br>Assigned to Hon. R. Gary Klausner<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

1 | Based on the request from Plaintiff and for good cause shown:

3 | IT IS HEREBY ORDERED that the entire action be dismissed without

5 | prejudice with the Court to retain jurisdiction up until October 22, 2022 for

7 | Plaintiff to dismiss the entire action with prejudice.

9 | SO ORDERED.

11 | DATED: September 22, 2022        _____
                                      United States District Court Judge